No. 982. ECKELS ET AL. *v.* ROSS ET AL. C. A. 5th Cir. Application for stay of modification as required by the Court of Appeals presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

No. 1258. UNITED AIRCRAFT CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Motion of respondent District 91, International Association of Machinists & Aerospace Workers, AFL–CIO, to advance disposition of petition denied.

No. 6259. POPE *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, ET AL.; and

No. 6264. THOMAS *v.* WINGO, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 6351. ERICKSEN *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus denied.